IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00548-GCM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| APPROXIMATELY $27,600 IN UNITED STATES CURRENCY SEIZED FROM CODY JAMES ON JULY 16, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment (ECF No. 8). Having considered the motion and the accompanying materials, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Motion for Entry of Default Judgment (ECF No. 8) is **GRANTED**. Judgment by default is **ENTERED** against all persons in the world not having filed a claim as to approximately $27,600 in United States currency seized from Cody James on July 16, 2021 at the Charlotte-Douglas International Airport.

**SO ORDERED**.

Signed: January 4, 2022

Graham C. Mullen
United States District Judge